IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | Case No.: 10-3088 ESL |
| EVA L IRIZARRY CASTRO | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to adjust payment schedule and increase the base of the plan.

**WHEREFORE, it is** respectfully requests to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

In San Juan, Puerto Rico this 3rd day of September of 2010.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                              Case No. 10-03088-13

IRIZARRY CASTRO, EVA L                              Chapter 13
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: 6/23/2010
☐ PRE ☐ POST-CONFIRMATION                Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 650.00 x 12 = $ 7,800.00
$ 765.00 x 48 = $ 36,720.00
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ 44,520.00

Additional Payments:
$ 8,500.00 to be paid as a LUMP SUM within 60 months with proceeds to come from:

☑ Sale of Property identified as follows:
sale or refinance of the propoerty. (Reverse mortgage)

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ 53,020.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,724.00

Signed: /s/ EVA L IRIZARRY CASTRO
        Debtor

        _____
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____  Cr. _____  Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. CRIM         Cr. Mueblerias Berrios   Cr. _____
# _____         # _____                  # _____
$ 952.49         $ 2,567.60                $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL PAY 100% PLUS 6% TO GENERAL UNSECURED CREDITORS

Attorney for Debtor Jose Prieto                          Phone: (787) 607-2066

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE IRIZARRY CASTRO, EVA L
Debtor(s)

Case No. 10-03088-13

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | JOSE HERNANDEZ<br>MARCOS CASTRO | | |

IRIZARRY CASTRO, EVA L
28 MAESTRO CORDERO
BDA LA MONJAS
SANJUAN, PR 00917-1156

SANTANDER DE PR
P O BOX 362589
SAN JUAN, PR 00936

Jose Prieto
PO BOX 363565
San Juan, PR 00936-3565

BPPR
P O BOX 366818
SAN JUAN, PR 00936

CITI FINANCIAL
1215 ROOSEVELT
PUERTO NUEVO
SAN JUAN, PR 00920

FIRST BANK
PO BOX 9146
SAN JUAN, PR 00908

ISLAND FINANCE
P O BOX 71504
SAN JUAN, PR 00936

JOSE HERNANDEZ
18 MAESTRO CORDERO
BDA LAS MONJAS
SAN JUAN, PR 00917-1156

MARCOS CASTRO
28 MAESTRO CORDERO
BDA LA MONJAS
SANJUAN, PR 00917

MONEYEXPRESS
PO BOX 11890
SAN JUAN, PR 00922-1890

MUEBLERIAS BERRIOS
P O BOX 674
CIDRA, PR 00739